**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: SPECTRUM PHARMACEUTICALS, INC. DERIVATIVE SHAREHOLDER LITIGATION | Master File No. 2:13-cv-00624-JAD-CWH |
| | (Consolidated with: 2:13-cv-00684-JAD-CWH; and 2:13-cv-00942-JAD-CWH) |
| This Document Relates to ALL ACTIONS | Hon. Jennifer A. Dorsey |

**JOINT STATUS REPORT IN RESPONSE TO**
**THE ORDER TO SHOW CAUSE DATED SEPTEMBER 2, 2016**

**WHEREAS,** by Order dated September 2, 2016 (D.E. 26), this Court ordered that "the parties must show cause, in writing, no later than September 13, 2016, why this case should not be dismissed. **Failure to show cause will result in the dismissal of these consolidated cases without further notice**." (Emphasis in Order);

**WHEREAS**, beginning on April 11, 2013, three federal shareholder derivative complaints were filed in this Court against the individual defendants and nominal defendant Spectrum Pharmaceuticals, Inc.: *Fik v. Shrotriya, et al.*, No. 2:13-cv-00624-JAD-CWH; *Watkins v. Shrotriya, et al.*, No. 2:13-cv-00684-JAD-CWH; and *Muenchhagen v. Shrotriya, et al.*, No. 2:13-cv-00942-JAD-CWH (collectively, the "Derivative Actions"). The Derivative Actions generally allege breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets relating to allegations in the securities class action entitled *In re: Spectrum Pharmaceuticals, Inc., Securities Litigation,* No. 2:13-cv-00433-LDG-CWH (the "Securities Class Action"), which was pending before the Honorable Lloyd D. George and has now settled;

**WHEREAS**, on May 15, 2013, the Court entered an Order (the "May 15, 2013 Order") consolidating and staying the first two Derivative Actions pending resolution of the Securities Class Action, but allowing the parties to lift the stay following a final ruling on defendants' motion to dismiss in the Securities Class Action. The Court also appointed the Derivative Plaintiff Timothy J. Fik as Lead Plaintiff, Federman & Sherwood as Lead Counsel, Bailey Kennedy as Liaison Counsel, and re-

1

styled the consolidated action as *In Re: Spectrum Pharmaceuticals, Inc., Derivative Shareholder Litigation*;

**WHEREAS**, on December 6, 2013, the Court ordered that the third filed action, styled *Muenchhagen v. Shrotriya, et al.,* No. 2:13-cv-00942-JAD-CWH, should also be consolidated and stayed pursuant to the May 15, 2013 Order;

**WHEREAS**, on August 10, 2015, the Parties participated in a formal mediation before Mr. Jed D. Melnick, Esq. ("Mr. Melnick"), a respected and highly experienced mediator, to assist them in exploring a potential negotiated resolution of the claims in the Derivative Actions. To facilitate a productive mediation, the Parties exchanged a series of letters, information and briefs;

**WHEREAS**, on November 19, 2015, the parties to the Securities Class Action entered into a stipulation of settlement, which the Court preliminarily approved on January 26, 2016. The Court scheduled a hearing on final approval of the settlement in the Securities Class Action for June 13, 2016. The Court approved the settlement on that day;

**WHEREAS**, subsequent to the August 2015 mediation, counsel for the Parties hereto have completed substantial communications and arm's-length negotiations in an effort to reach a settlement of the Derivative Actions, including parallel derivative actions pending in Nevada state court;

**WHEREAS**, the Parties have reached a settlement in principle and are negotiating the issue of attorneys' fees and expenses and developing the necessary written agreements to present the proposed settlement to the Court; and

**WHEREAS**, the Parties have met and conferred, and therefore:

**ACCORDINGLY,** the Parties respectfully submit that:

1.      The Court should allow the Derivative Actions to remain stayed while the parties finalize the settlement; and

2.      The parties shall file a further joint status report on the progress of their efforts to finalize the settlement by Tuesday, October 11, 2016.

1   Dated: September 8th, 2016

2   **BAILEY & KENNEDY**

3   By: */s/ Dennis L. Kennedy*

4   DENNIS L. KENNEDY
    Nevada Bar No. 1462

5   JOSEPH A. LIEBMAN
    Nevada Bar No. 10125

6   8984 Spanish Ridge Avenue
    Las Vegas, NV 89148-1302

7   (702) 562-8820 Telephone
    (702) 562-9921 Facsimile

8   Plaintiffs Liaison Counsel

9   -and-

10  WILLIAM B. FEDERMAN

11  **FEDERMAN & SHERWOOD**
    10205 N. Pennsylvania Avenue

12  Oklahoma City, OK 73120
    (405) 235-1560 Telephone

13  (405) 239-2112 Facsimile
    Plaintiffs Lead Counsel

14  
15  ***Counsel for Plaintiffs***

16  
17  

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Jeffrey S. Rugg*
KIRK B. LENHARD
Nevada Bar No. 1437
JEFFREY S. RUGG
Nevada Bar No. 10978
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Tel: (702) 464-7045
Fax: (702) 382-8135

-and-

JOHN F. CANNON
JASON DE BRETTEVILLE
JUSTIN N. OWENS
AARON C. HUMES
**STRADLING YOCCA CARLSON & RAUTH, P.C.**
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Tel: (949) 725-4000
Fax: (949) 725-4100

***Counsel for Defendants***

18  
19                          *       *       *

20                          **ORDER**

21  IT IS SO ORDERED

22  DATED: 9/9/2016

23                          _____
                            The Honorable Jennifer A. Dorsey
                            United States District Judge

24  
25  
26  
27  
28