1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: SPECTRUM PHARMACEUTICALS, INC. DERIVATIVE SHAREHOLDER LITIGATION | Master File No. 2:13-cv-00624-JAD-CWH |
| | (Consolidated with: 2:13-cv-00684-JAD-CWH; and 2:13-cv-00942-JAD-CWH) |
| This Document Relates to ALL ACTIONS | |
| | Hon. Jennifer A. Dorsey |

8

**FURTHER JOINT STATUS REPORT**

9           Lead Plaintiff Timothy J. Fik ("Plaintiff") and defendants Rajesh C. Shrotriya, Luigi Lenaz,

10  Gilles Gagnon, Anton Gueth, Stuart M. Krassner, Anthony E. Maida, Krishan K. Arora, Brett L.

11  Scott, Joseph Kenneth Keller, and nominal defendant Spectrum Pharmaceuticals, Inc. (collectively

12  "Defendants") respectfully submit this further joint status report pursuant to the order entered by

13  the Court on September 9, 2016 (Dkt. No. 28) requiring the parties to file a further joint status

14  report on the progress of their efforts to finalize the settlement by October 11, 2016.  The parties

15  hereby state as follows:

16           1.       Plaintiff and Defendants have reached a settlement in principle and are continuing to

17  negotiate the issue of attorneys' fees and expenses and developing the necessary written agreements

18  to present the proposed settlement to the Court.

19           2.       Plaintiff and Defendants require additional time to continue negotiations and to

20  attempt to reach agreement on the issue of attorneys' fees and expenses and, accordingly,

21  respectfully request until **Friday, November 11, 2016**, to provide the Court with a further joint

22  status report on the progress of their efforts.

23           Dated: October 11, 2016

24  **BAILEY & KENNEDY**

25  By: */s/ Dennis L. Kennedy*
    DENNIS L. KENNEDY

26  Nevada Bar No. 1462
    JOSEPH A. LIEBMAN

27  Nevada Bar No. 10125

28  8984 Spanish Ridge Avenue

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Kirk B. Lenhard*
KIRK B. LENHARD
Nevada Bar No. 1437
JEFFREY S. RUGG
Nevada Bar No. 10978

1

| | |
|---|---|
| Las Vegas, NV 89148-1302 | 100 North City Parkway, Suite 1600 |
| (702) 562-8820 Telephone | Las Vegas, NV 89106-4614 |
| (702) 562-9921 Facsimile | Tel: (702) 464-7045 |
| Plaintiffs Liaison Counsel | Fax: (702) 382-8135 |

-and-                                    -and-

WILLIAM B. FEDERMAN                JOHN F. CANNON
**FEDERMAN & SHERWOOD**            JASON DE BRETTEVILLE
10205 N. Pennsylvania Avenue       JUSTIN N. OWENS
Oklahoma City, OK 73120            AARON C. HUMES
(405) 235-1560 Telephone           **STRADLING YOCCA CARLSON &**
(405) 239-2112 Facsimile           **RAUTH, P.C.**
Plaintiffs Lead Counsel            660 Newport Center Drive, Suite 1600
                                   Newport Beach, CA 92660
*Counsel for Plaintiffs*           Tel: (949) 725-4000
                                   Fax: (949) 725-4100

*Counsel for Defendants*

\*      \*      \*

**ORDER**

IT IS SO ORDERED

Dated: __10/11/2016_____          _____

The Honorable Jennifer A. Dorsey
United States District Judge

2